Mark L. Smith (#11367)
  msmith@sffirm.com
Jacob L. Fonnesbeck (#14176)
  jfonnesbeck@sffirm.com
**SF FIRM, LLP**
420 E. South Temple, Suite 307
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:   (801) 584-1820

*Attorneys for WebGroup Czech Republic, a.s.
and NKL Associates, s.r.o.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>WEBGROUP TECHNOLOGIES, A.S. and NKL ASSOCIATES, S.R.O.,<br><br>    Defendants. | **DECLARATION OF CHRISTOPHER MATHEWS IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT PENDING ORDER ON MOTION TO TRANSFER**<br><br>Case No. 2:23-cv-00553-RJS<br><br>Judge Robert J. Shelby |

I, Christopher Mathews, hereby declare and state:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, and I represent Defendants WebGroup Czech Republic, a.s. ("***WGCZ***") and NKL Associates, s.r.o. ("***NKL***") in this matter. I make the statements in this declaration based on personal knowledge, personal experience, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify to the facts stated in this declaration.

2. On January 16, 2024, our clients notified us that they received papers by mail that appeared to be related to the above-captioned case. We requested that they mail the papers from the Czech Republic to our offices in Los Angeles, California, but due to constraints in international shipping, the papers did not arrive until January 31, 2024.

3. I contacted counsel for Plaintiffs on January 26, 2024, and informed them that we were still evaluating the propriety of service and intended to ask the Court to approve a briefing

06917-00005/14687550.2

schedule on our anticipated motions to transfer and dismissal to efficiently resolve these disputes. We asked Plaintiffs counsel whether they would stipulate to transferring the case, and they declined. We also asked Plaintiffs counsel whether they would stipulate to a briefing schedule, but they again declined.

4.	Because the complaint and exhibits span 575 pages, Defendants require additional time to investigate the facts and evaluate their defenses.

I declare under penalty of perjury under the laws of the State of Utah and the United States of America that the foregoing is true and correct.

EXECUTED: January 31, 2024

By:   */s/ Christopher Mathews*
      Christopher Mathews