# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., ) | **MOTION FOR WITHDRAWAL OF COUNSEL** |
| ) | |
| v.                                                      ) | |
| ) | Case No. 2:23-cv-00553-RJS-JCB |
| WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O. | District Judge Robert J. Shelby |

Pursuant to DUCivR 83-1.3, __Quinn Emanuel Urquhart & Sullivan, LLP__ ("Counsel"), hereby moves to withdraw as counsel for:

Client Name: WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O. ("Client")
Address: Krakovska 1366/25
City, State, Zip: Nove Mesto, 110 00 Prague, Czech Republic
Telephone Number(s): +420 602 331 638
E-Mail Address: Robert.s@webgroup-limited.com

The reasons for withdrawal are as follows:

Pursuant to DUCivR 83-1.4(b), the undersigned states that disclosing the reason for withdrawal risks violating the rules of professional conduct.

In the event this motion is granted, Client or new counsel for Client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

☐ This motion is made with the client's consent, which is attached to this motion.

✓ This motion is made without the client's consent and is accompanied by:

  ✓ certification that Client has been served with (i) a copy of this motion, (ii) the attached written description of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions; or

___ certification that the Client cannot be located or, for any other reason, cannot be notified of the pendency of the motion and the status of the case.

**✓** The undersigned certifies

    **✓** no trial date is set; or

    ___ trial is set for _____ and

        ___ a certification signed by the substituting attorney is attached, indicating such attorney has been advised of the trial date and will be prepared for trial; or

        ___ a certification signed by Counsel is attached indicating that Client is prepared for trial as scheduled and is eligible pursuant to DUCivR 83-1.3 to appear pro se at trial; or

        ___ the following specific facts justify withdrawal of counsel without present appearance of substitute counsel or appearance by the individual party:

**✓** The form of an order is attached to this motion and has been submitted in word format by email to the presiding judge in this case.

## CERTIFICATION

Counsel hereby certifies that a copy of this Motion for Withdrawal of Counsel has been sent to Client at the address indicated above.

DATED this __23rd__ day of __June__, __2025__.

Moving Attorney Name: Michael Zeller (pro hac vice)
Moving Attorney Address: 865 South Figueroa Street, 10th Floor
Moving Attorney Telephone Number: (213) 443-3000
Moving Attorney e-mail Address: michaelzeller@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP

Counsel for: WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O.

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing MOTION FOR WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

DISH TECHNOLOGIES L.L.C. and
SLING TV L.L.C.

      In addition, I hereby certify that I served the following non-CM/ECF participant(s) by United States First Class Mail, postage prepaid:

WebGroup Czech Republic, a.s.      NKL Associates s.r.o
Krakovska 1366/25      Krakovska 1366/25
Nove Mesto      Nove Mesto
110 00 Prague      110 00 Prague
Czech Republic      Czech Republic

      DATED this 23rd day of June, 2025.

/s/ Michael T. Zeller

| | |
|---|---|
| Withdrawing Attorney Name | Michael Zeller (pro hac vice) |
| Withdrawing Attorney Address | 865 South Figueroa Street, 10th Floor |
| Withdrawing Attorney Telephone Number | (213) 443-3000 |
| Withdrawing Attorney e-mail Address | michaelzeller@quinnemanuel.com |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| Counsel for | WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O. |