Michael Zeller, (*pro hac vice*) Cal. Bar # 196417
e-mail: michaelzeller@quinnemanuel.com
Christopher Mathews, (*pro hac vice*) Cal Bar # 144021
e-mail: chrismathews@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Tel: +1 (213) 443-3000
Fax: +1 (213) 443-3100

Brian Mack, (*pro hac vice*) Cal. Bar # 275086
e-mail: brianmack@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St 22nd Floor
San Francisco, CA 94111
Tel: +1 (415) 875-6600
Fax: +1 (415) 875-6700

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O., <br><br> Defendants. | Case No. 2:23-cv-00553-RJS-JCB <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Jared C. Bennett <br><br> **Written Description of Case Status** |

Pursuant to DUCivR 83-1.4(b)(2), and in support of its Motion for Withdrawal of Counsel, Quinn Emanuel Urquhart & Sullivan, LLP submits the following description of the status of the above captioned case, including any pending motions, the dates and times of any scheduled hearings, and requirements under any existing court orders or rules:

As the Court has recognized, "Defendants have not filed an answer, the discovery process has not begun, and no trial dates have been set." Dkt. 54, at 15-16. On February 20, 2025, this Court stayed the entirety of this case, including any pending deadlines, until the last of the final decisions in the *inter partes* review proceedings of the Asserted Patents (IPR2025-00347, IPR2025-00348, IPR2025-00467, IPR2025-00468, IPR2025-00469, and IPR2025-00470). *Id.* As a result, there are currently no pending motions, no scheduled hearings, and no pending requirements under any existing court orders or rules.

DATED this 23rd day of June, 2025.

       _/s/ Michael T. Zeller_____
Michael T. Zeller (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP