# UNITED STATES DISTRICT COURT
для the
District of Utah

| | | |
|---|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.<br>*Plaintiff*<br>v.<br>WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O.<br>*Defendants* | ) ) ) ) ) ) ) | **[PROPOSED] ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00553-RJS-JCB<br><br>District Judge Robert J. Shelby |

Pursuant to Quinn Emanuel Urquhart & Sullivan, LLP's ("Counsel") Motion for Withdrawal of Counsel and DUCivR 83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O. ("Clients").

With regard to Clients' continued representation, the Court ORDERS as follows:

> Clients or new counsel for Clients must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

> New counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership or other artificial entity whose attorney has withdrawn. Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

> The stay of the entirety of this litigation pursuant to the Court's order of February 20, 2025 (Dkt. 54) remains in effect.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Clients at the address set forth in the Motion for Withdrawal of Counsel and to all other parties.

DATED this 23rd day of June, 2025.

**BY THE COURT:**