Mark Bettilyon (4798)
**THORPE NORTH & WESTERN LLP**
175 S. Main St., Suite 900
Salt Lake City, UT 84111
Telephone: (801) 566-6633
Facsimile: (801) 566-0750
E-mail: mark.bettilyon@tnw.com

Jaime F. Cardenas-Navia (*Pro Hac Vice*)
**REICHMAN JORGENSEN**
**LEHMAN & FELDBERG LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Facsimile: (650) 560-3501
E-mail: jcardenas-navia@reichmanjorgensen.com

*Attorneys for Defendants WebGroup*
*Czech Republic A.S. et al.*

IN THE UNITED STATES DISTRICT
COURT DISTRICT OF UTAH

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | Case No. 2:23-cv-00553-RJS-JCB |
| WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O., | Judge Robert J. Shelby |
| Defendants. | Magistrate Judge Jared C. Bennett |

## JOINT STATUS REPORT

Pursuant to the Court's Order[1] to stay the case pending the resolution of inter partes reviews ("IPRs") of all asserted patents, Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") and Defendants WebGroup Czech Republic, A.S. and NKL Associates, S.R.O. (collectively, "WebGroup") hereby file this Joint Status Report to update the Court on developments regarding the IPRs.

In a final written decision for IPR2024-00043, which relates to U.S. Patent No. 11,677,798, the PTAB determined that claims 1, 9, 11-19, and 21 are unpatentable and that claims 2-8 and 22-24 are not unpatentable.[2]  The PTAB then denied a request for Director Review of the final written decision and also denied a request for rehearing.[3]  DISH subsequently filed an appeal of the PTAB's invalidity determinations[4] and IPR Petitioner Aylo Freesites Ltd. ("Aylo") filed a cross-appeal regarding the non-invalidated claims.[5]  The appeals are pending.

In a final written decision for IPR2024-00044, which relates to U.S. Patent No. 11,470,138, the PTAB determined that claims 1, 3-5, 7, 14-17, 22-25, and 27-29 are unpatentable and that claims 6, 8-13, and 18-20 are not unpatentable.[6]  The PTAB then denied a request for Director Review of the final written decision and also denied a request for rehearing.[7]  DISH subsequently filed an appeal of the PTAB's invalidity determinations[8] and IPR Petitioner Aylo filed a cross-appeal regarding the non-invalidated claims.[9]  The appeals are pending.

---

[1] Dkt. 50, at 15-16.
[2] Ex. A.
[3] Ex. B.
[4] Ex. C
[5] Ex. D.
[6] Ex. E.
[7] Ex. F.
[8] Ex. G.
[9] Ex. H.

In a final written decision for IPR2024-00045, which relates to U.S. Patent No. 10,469,554, the PTAB determined that claims 1-3, 16-18, 20, 22, 26-28, and 30 are unpatentable and that claims 4, 7-8, 10-14, and 23-25 are not unpatentable.[10]  The PTAB then denied a request for Director Review of the final written decision and also denied a request for rehearing.[11]  DISH subsequently filed an appeal of the PTAB's invalidity determinations[12] and IPR Petitioner Aylo filed a cross-appeal regarding the non-invalidated claims.[13]  The appeals are pending.

In a final written decision for IPR2024-00046, which relates to U.S. Patent No. 10,951,680, the PTAB determined that claims 1, 2, 4-6, 10-12, 14-19, 21, 28 and 29 are unpatentable and that claims 7-9, 22-25, and 27 are not unpatentable.[14]  The PTAB then denied a request for Director Review of the final written decision and also denied a request for rehearing.[15]  DISH subsequently filed an appeal of the PTAB's invalidity determinations[16] and IPR Petitioner Aylo filed a cross-appeal regarding the non-invalidated claims.[17]  The appeals are pending.

For IPR2025-00467, IPR2025-00468, IPR2025-00469, and IPR2025-00470, which were filed by WebGroup and relate to U.S. Patent Nos. 10,469,554, 10,951,680, 11,470,138, and 11,677,798, respectively, the PTAB denied review for discretionary reasons—meaning it did not decide whether Petitioner had shown a reasonable likelihood that it would prevail in establishing the unpatentability of at least one challenged claim.[18]  No appeal is pending, and these IPRs have terminated.

---

[10] Ex. I.
[11] Ex. J.
[12] Ex. K.
[13] Ex. L.
[14] Ex. M.
[15] Ex. N.
[16] Ex. O.
[17] Ex. P.
[18] Ex. Q.

In a final written decision for joined proceedings IPR2024-00919 and IPR2025-00348, which relate to U.S. Patent No. 8,868,772, the PTAB determined that all claims (1-21) are unpatentable.[19]  DISH has until December 19, 2025 to file a request for rehearing or Director's Review, or alternatively, until January 21, 2026 to file an appeal.[20]

In a final written decision for joined proceedings IPR2024-00918 and IPR2025-00347, which relate to U.S. Patent No. 9,407,564, the PTAB determined that all claims (1-16) are unpatentable.[21]  DISH has until December 19, 2025 to file a request for rehearing or Director's Review, or alternatively, until January 21, 2026 to file an appeal.

WebGroup's Position: Given the above IPR decisions and that appeals are pending for at least four of the IPRs, WebGroup does not seek to lift the stay at this time.

DISH's Position: DISH reserves its rights to seek to lift the stay should a material change in circumstance result in any of the above IPRs, including, but not limited to, the results of a rehearing or director review decision.

The parties are available at the Court's convenience should it have any questions.

DATED this 4th day of December, 2025.

THORPE NORTH & WESTERN, LLP

*/s/ Mark Bettilyon*
Mark Bettilyon

REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Jaime F. Cardenas-Navia (*Pro Hac Vice*)

*Attorneys for Defendants WebGroup Czech*

---

[19] Ex. R.

[20] If a request for rehearing or a request for Director Review is made, the deadline for appeal is extended to 63 days from the date of the decision on the request.

[21] Ex. S.

*Republic A.S. et al.*

**BAKER BOTTS LLP**
*/s/ Ali N. Dhanani (with permission)*
Ali N. Dhanani
G Hopkins Guy, III
Kurt Pankratz

**HATCH LAW GROUP**
Brent O. Hatch
Adam M. Pace

*Attorneys for Dish Technologies L.L.C. and Sling TV L.L.C.*